**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ERIC L. JORDAN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|   -vs- ) | **NO. 02-88-CJP** |
| ) | |
| **R. PETERMEYER, SGT. GARRISON,** ) | |
| **EDWIN BOWEN, CPT. HUGHES,** ) | |
| **LT. TAPHORN and MAJOR JEFFERSON,** ) | |
| ) | |
|     **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

    Defendants R. PETERMEYER, EDWIN BOWEN, CPT. HUGHES, LT. TAPHORN and MAJOR JEFFERSON were dismissed by an Order entered by United States District Judge David R. Herndon on March 26, 2003 (Doc. 7).

    Defendant SGT. GARRISON was granted summary judgment by an Order entered by United States Magistrate Judge Clifford J. Proud on December 28, 2005 (Doc. 47).

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **R. PETERMEYER, SGT. GARRISON, EDWIN BOWEN, CPT. HUGHES, LT. TAPHORN** and **MAJOR JEFFERSON** and against plaintiff **ERIC L. JORDAN**.

    Plaintiff shall take nothing from this action.

    **DATED** this 30th day of December, 2005

                                                     **NORBERT G. JAWORSKI, CLERK**

                                                   **BY: s/ Angela Vehlewald**
                                                            **Deputy Clerk**

**Approved by  s/ Clifford J. Proud**
          **United States Magistrate Judge**
          **Clifford J. Proud**